# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-827
LT Case No. 2010-CF-8276

_____

RYAN F. DUNCAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Ryan F. Duncan, Monticello, pro se.

Ashley Moody, Attorney General, and Zachary Lawton, Assistant
Attorney General, Tallahassee, for Appellee.

September 12, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and PRATT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————